**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CDN INNOVATIONS, LLC,<br><br>Plaintiff,<br>v.<br><br>CEQUEL COMMUNICATIONS, LLC d/b/a SUDDENLINK COMMUNICATIONS,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-cv-381-ALM |

**PATENT RULE 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to P.R. 4-3 and the Court's Scheduling Order (Dkt. 22), Plaintiff CDN Innovations, LLC ("CDN") and Defendant Cequel Communications, LLC d/b/a Suddenlink Communications ("Suddenlink") hereby submit by and through their counsel this Joint Claim Construction and Prehearing Statement for U.S. Patent Nos. 6,947,598 ("the '598 patent"), 7,130,831 ("the '831 patent"), 7,225,157 ("the '157 patent"), 8,024,227 ("the '227 patent"), 7,293,291 ("the '291 patent"), 7,565,699 ("the '699 patent"), 7,164,714 ("the '714 patent"), 6,865,532 ("the '532 patent"), and 6,311,180 ("the '180 patent") (collectively, "the Asserted Patents").

Pursuant to P.R. 4-3 and the Scheduling Order, the parties provide the following information:

**Proposed claim constructions with supporting evidence.** Exhibit A is the parties' chart of proposed constructions for the claim terms that are in dispute for the Asserted Patents.

**Brief length.** The parties estimate that the following brief lengths would be suitable: Plaintiff's opening brief – 25 pages; Defendant's responsive brief – 30 pages; Plaintiff's reply brief – 15 pages.

**Anticipated length of Claim Construction Hearing.** The parties estimate a suitable hearing length of 3.5 hours.

**Expected witnesses at the Claim Construction Hearing.** The parties do not expect to call any witnesses at the hearing.

**Other issues to be taken up at a prehearing conference.** The parties do not anticipate needing to address any other issues at a prehearing conference (presently scheduled for June 28, 2022).

Dated: April 11, 2022

*/s/ James Lennon*
Timothy Devlin (DE Bar No. 4241)
tdevlin@devlinlawfirm.com
James M. Lennon (DE Bar No. 4570)
jlennon@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*CDN Innovations, LLC*

Respectfully submitted,

*/s/ Amr O. Aly*
Amr O. Aly
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: 212-891-1600
aaly@jenner.com

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Tel: 312-222-9350
lschoedel@jenner.com
yesat@jenner.com
mdenti@jenner.com

Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

*Attorneys for Defendant*
*Suddenlink Communications*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

*/s/ James Lennon*
James Lennon