# EXHIBIT A

## A. U.S. Patent No. 6,311,180

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "dynamically creating a display document" (claim 1) | No construction is necessary<br><br>**Intrinsic**<br>Abstract, Fig. 5, 6:1-45, 7:2-8:63, 10:11-28 | "creating a new display document upon request by a user"<br><br>**Intrinsic**<br>'180 specification: Abstract; Figs. 4-5; 1:5-10, 1:27-62, 2:8-65, 2:66-3:6, 3:7-25, 3:28-49, 3:60-66, 4:46-64, 5:4-7:2, 7:3-8:4, 8:5-13, 8:64-10:49.<br>'180 file history: 6/6/02 Notice of Allowance. |
| "viewing preferences of a user" (claim 1) | No construction is necessary | "user preferences for display style"<br><br>**Intrinsic**<br>'180 specification: Abstract; 3:7-25, 3:32-38, 3:50-53, 4:56-59, 6:1-9, 6:50-54, 7:27-8:4, 8:47-63, 10:45-49.<br>'180 file history: 6/6/02 Notice of Allowance.<br><br>**Extrinsic**<br>*CDN v. Grande* Claim Construction Ruling, 2021 WL 3615908 (E.D. Tex. Aug. 13, 2021). |

**B. U.S. Patent No. 6,865,532**

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "unique identifier" (claim 1) | No construction is necessary<br><br>**Intrinsic**<br>'532 specification: claim 3, 6:40-45 | "user assigned logical identification associated with a physical identification of a device"<br><br>**Intrinsic**<br>'532 specification: Figs. 1, 5; 1:5-10; 2:39-42; 3:5-13; 4:40-5:56.<br><br>'532 file history: 8/19/04 Applicant Response at 4-9.<br><br>**Extrinsic**<br>*CDN v. Grande* Claim Construction Ruling, 2021 WL 3615908 (E.D. Tex. Aug. 13, 2021). |

### C. U.S. Patent No. 6,947,598

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "encoding complexity level information indicating at least one determined level of encoding complexity associated with the first encoded image data" (claim 1) | No construction is necessary<br><br>**Intrinsic:**<br>'598 Specification: 9:1-67, 13:15-17, 22:27-29 | "metadata within an intermediate archive format (IAF) file indicating the relative difficulty to encode said image data"<br><br>**Intrinsic**<br>'598 specification: Figs. 1, 7; Abstract; 3:20-4:11, 4:46-67, 8:62-9:3, 9:16-28, 9:29-65, 10:16-20, 13:64-14:26, 16:34-17:18, 19:22-48, 20:47-66. |

| | | |
|---|---|---|
| "first encoded image data" (claim 1) | No construction is necessary<br><br>**Intrinsic:**<br>'598 Specification: 9:1-67, 13:15-17; 22:27-29 | "image data encoded in an intermediate archive format that can be transcoded to multiple output formats"<br><br>**Intrinsic**<br>'598 specification: Figs. 2, 4; 1:23-38, 2:1-3:18; 3:20-4:11, 4:46-67, 5:1-15, 5:63-6:6, 7:7-25, 9:10-15, 9:54-65, 10:16-20, 10:36-11:34, 11:61-12:29, 14:34-15:18, 15:61-16:9, 16:34-17:18, 17:58-18:50, 19:22-48, 20:17-40.<br><br>'598 file history: 10/26/04 Applicant Remarks at 15-17; 5/13/05 Notice of Allowance at 2.<br><br>**Extrinsic**<br>Oracle and Front Porch Digital, *Solution Brief: Front Porch Digital's DIVASolutions and Oracle's StorageTek Digital Tape for Media and Entertainment*.<br><br>CIO Review, *Front Porch Digital: Solutions for the Past, Present and Future of Media*.<br><br>The Broadcast Bridge, *Front Porch Digital looks to metadata and fresh markets*. |

**D. U.S. Patent No. 7,130,831**

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "web browser" (claim 1) | No construction is necessary<br><br>**Intrinsic**<br>2:7-4:50, 7:12-27, 10:30-11:38 | "program that can access the set of network resources available to a user and provides general data functions"<br><br>**Intrinsic**<br>'831 specification: 1:10-15, 1:30-43, 2:8-20; 2:55-3:2, 3:49-4:19, 4:32-37, 5:37-39, 7:50-56, 8:63-9:12.<br>'831 file history: 4/23/01 Response at 22-23.<br>'227 file history: 12/13/10 Pre-Appeal Br. at 4-5.<br><br>**Extrinsic**<br>U.S. Pat. No. 6,101,510.<br>U.S. Pat. No. 5,793,964.<br>U.S. Pat. No. 5,956,483.<br>Encarta World English Dictionary (1999).<br>The American Heritage Dictionary (4th ed. 2000).<br>New Int'l Dictionary of the English Language (2000). |

| | | |
|---|---|---|
| "disallowed user function that affects the download content" (claim 1) | No construction is necessary<br><br>**Intrinsic**<br>Claims 4, 27, 28, 4:15-20, '831 patent 4/23/01 OA Response, '831 patent 3/25/2005 Appeal | "function that creates, or facilitates creating, a copy or modification of content"<br><br>**Intrinsic**<br>'831 specification: Abstract, Fig. 5B, 1:30-63, 1:64-2:24, 2:39-54, 2:55-3:2, 3:49-55, 4:8-27, 8:16-21, 8:34-62, 9:13-38, 10:37-11:38, 12:58-62, 13:8-25.<br><br>'831 file history: 4/23/01 Response at 24-25; 6/4/02 Response at 8-9; 7/28/03 Response at 11.<br><br>'157 file history: 7/29/03 Response at 4.<br><br>'227 file history: 12/11/09 Non-Final Rejection at 5; 3/9/10 Response at 9-10; 12/13/10 Pre-Appeal Br. at 1-2; 2/14/11 Appeal Br. at 6.<br><br>**Extrinsic**<br>J. Wallen, Wealth Manager, *Vyou to protect Web site copyright* (Mar. 2000).<br>MyCustomer Newsdesk, *'Look but don't touch' technology will end smash-and-grab on the net* (May 2000).<br>K. Peters, *Vyou and Equilibrium Enable e-Businesses to Deliver Secure, Rich Content to Web Sites* (Apr. 2001). |

### E. U.S. Patent No. 7,225,157

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "web browser program" (claim 6) | No construction is necessary<br><br>**Intrinsic**<br>2:10-6:2, 7:15-62, 10:32-11:42 | "program that can access the set of network resources available to a user and provides general data functions"<br><br>**Intrinsic**<br>'831 specification: 1:10-15; 1:30-43, 2:8-20; 2:55-3:2; 3:55-4:19; 4:32-37, 5:37-39, 7:50-56, 8:63-9:12.<br>'831 file history: 4/23/01 Response at 22-23.<br>'227 file history: 12/13/10 Pre-Appeal Br. at 4-5.<br><br>**Extrinsic**<br>U.S. Pat. No. 6,101,510.<br>U.S. Pat. No. 5,793,964.<br>U.S. Pat. No. 5,956,483.<br>Encarta World English Dictionary (1999).<br>The American Heritage Dictionary (4th ed. 2000).<br>New Int'l Dictionary of the English Language (2000). |

### F. U.S. Patent No. 8,024,227

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "computer-implemented browser application" (claim 16) | No construction is necessary<br><br>**Intrinsic**<br>3:55-4:25, 7:1-9:36, 10:10-13:2, 16:1-67 | "program that can access the set of network resources available to a user and provides general data functions"<br><br>**Intrinsic**<br>'831 specification: 1:10-15, 1:30-43, 2:8-20, 2:55-3:2, 3:55-4:19, 4:32-37, 5:37-39, 7:50-56, 8:63-9:12.<br>'831 file history: 4/23/01 Response at 22-23.<br>'227 file history: 12/13/10 Pre-Appeal Br. at 4-5.<br><br>**Extrinsic**<br>U.S. Pat. No. 6,101,510.<br>U.S. Pat. No. 5,793,964.<br>U.S. Pat. No. 5,956,483.<br>Encarta World English Dictionary (1999).<br>The American Heritage Dictionary (4th ed. 2000).<br>New Int'l Dictionary of the English Language (2000). |

| | | |
|---|---|---|
| “a browser” (claim 21) | No construction is necessary<br><br>**Intrinsic**<br>3:24-5:53, 7:1-9:36, 10:10-13:2, 16:1-67 | “program that can access the set of network resources available to a user and provides general data functions”<br><br>**Intrinsic**<br>‘831 specification: 1:10-15, 1:30-43, 2:8-20, 2:55-3:2, 3:55-4:19, 4:32-37, 5:37-39, 7:50-56, 8:63-9:12.<br>‘831 file history: 4/23/01 Response at 22-23<br>‘227 file history: 12/13/10 Pre-Appeal Br. at 4-5.<br><br>**Extrinsic**<br>U.S. Pat. No. 6,101,510.<br>U.S. Pat. No. 5,793,964.<br>U.S. Pat. No. 5,956,483.<br>Encarta World English Dictionary (1999).<br>The American Heritage Dictionary (4th ed. 2000).<br>New Int’l Dictionary of the English Language (2000). |

| | | |
|---|---|---|
| "propagating the protected content to the web browser" (claim 21) | No construction is necessary<br><br>**Intrinsic**<br>2:17-3:55, 7:1-11, 8:61-11:35 | "downloading the protected content to the web browser for storage on the client device"<br><br>**Intrinsic**<br>'831 specification: Abstract; Fig. 3; 2:33-42, 7:61-8:25, 8:57-62, 9:1-12, 9:13-21, 15:51-16:2.<br><br>'831 file history: 4/23/01 Response at 22-23; 1/7/02 Response at 3; 6/4/02 Response at 5, 8-9; 7/28/03 Response at 11; 8/13/04 Appeal Br. at 3.<br><br>'157 file history: 7/29/03 Response at 4.<br><br>**Extrinsic**<br>The American Heritage Dictionary (4th ed. 2000).<br>Encarta World English Dictionary (1999).<br>Merriam-Webster's Collegiate Dictionary (10th ed. 1995).<br>The Merriam-Webster Dictionary (11th ed. 2005).<br>The Random House Dictionary of the English Language (2d ed. 1987).<br>New Webster's Dictionary and Thesaurus (1993). |

| | | |
|---|---|---|
| "non-transient output functions" (claims 16, 21) | No construction is necessary<br><br>**Intrinsic**<br>'227 patent 02/04/2011 Appeal | "function that creates, or facilitates creating, a copy or modification of content"<br><br>**Intrinsic**<br>'831 specification: Abstract; Fig. 5B; 1:30-63, 1:64-2:24, 2:39-54, 2:55-3:2, 3:49-55, 4:8-27, 8:16-21, 8:34-62, 9:13-38, 10:37-11:38, 12:58-62, 13:8-25.<br><br>'831 file history: 4/23/01 Response at 24-25; 6/4/02 Response at 8-9; 7/28/03 Response at 11.<br><br>'157 file history: 7/29/03 Response at 4.<br><br>'227 file history: 12/11/09 Non-Final Rejection at 5; 3/9/10 Response at 9-10; 12/13/10 Pre-Appeal Br. at 1-2; 2/14/11 Appeal Br. at 6<br><br>**Extrinsic**<br>J. Wallen, Wealth Manager, *Vyou to protect Web site copyright* (Mar. 2000).<br>MyCustomer Newsdesk, *'Look but don't touch' technology will end smash-and-grab on the net* (May 2000).<br>K. Peters, *Vyou and Equilibrium Enable e-Businesses to Deliver Secure, Rich Content to Web Sites* (Apr. 2001). |

## G. U.S. Patent No. 7,164,714

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "plurality of secondary video signals" (claim 12) | No construction is necessary | "signals of TV program content currently being broadcast in a reduced format"<br><br>**Intrinsic**<br>'714 specification: Abstract; Figs. 1-5; 1:1-14, 1:15-24, 1:25-36, 1:37-67, 2:1-13, 2:26-47, 3:7-10, 3:21-25, 3:34-51, 3:56-67, 4:54-5:20, 5:21-62, 6:22-65, 6:66-7:44, 7:45-8:60, 8:61-9:14, 9:15-31, 9:32-58.<br><br>**Extrinsic**<br>*CDN v. Grande* Claim Construction Ruling, 2021 WL 3615908 (E.D. Tex. Aug. 13, 2021). |
| "plurality of coded sub-sampled video signals" (claim 13, 15, 17) | No construction is necessary | "signals of TV program content currently being broadcast in a reduced format"<br><br>**Intrinsic**<br>'714 specification: Abstract; Figs. 1-5; 1:1-14, 1:15-24, 1:25-36, 1:37-67, 2:1-13, 2:26-47, 3:7-10, 3:21-25, 3:34-51, 3:56-67, 4:54-5:20, 5:21-62, 6:22-65, 6:66-7:44, 7:45-8:60, 8:61-9:14, 9:15-31, 9:32-58.<br><br>**Extrinsic**<br>*CDN v. Grande* Claim Construction Ruling, 2021 WL 3615908 (E.D. Tex. Aug. 13, 2021). |

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "mosaic" (claim 17) | No construction is necessary. To the extent the court believes a construction is necessary CDN direct the court to the Eastern District of Texas' claim construction order wherein the court constructed "mosaic" to mean "a juxtaposition of TV program in the same plane in a reduced format." | "juxtaposition of TV programs in the same plane in a reduced format"<br><br>**Intrinsic**<br>'714 specification: Abstract; Figs. 1-5; 1:1-14, 1:15-24, 1:25-36, 1:37-67, 2:1-13, 2:26-47, 3:7-10, 3:21-25, 3:34-51, 3:56-67, 4:54-5:20, 5:21-62, 6:22-65, 6:66-7:44, 7:45-8:60, 8:61-9:14, 9:15-31, 9:32-58.<br><br>**Extrinsic**<br>*CDN v. Grande* Claim Construction Ruling, 2021 WL 3615908 (E.D. Tex. Aug. 13, 2021). |

**H. U.S. Patent No. 7,293,291**

| Claim Term | CDN Proposed Construction | Suddenlink Proposed Construction |
|---|---|---|
| "initiating a blocking signal" (claims 9, 18, 25) | No construction is necessary<br><br>**Intrinsic**<br>'291 patent 2/12/2017 Appeal, '291 patent OA Response 12/19/05 | Plain meaning with clarification – the step is performed in response to detecting an inactivity event during an "always open" default state<br><br>'291 specification: Fig. 2; 1:10-2:2, 2:8-17, 2:27-29, 3:20-31, 3:63-65, 4:21-30, 4:38-58.<br>'699 file history: 7/2/08 Examiner Interview Summary; 7/8/08 Applicant Interview Summary. |

## I. U.S. Patent No. 6,565,699

***No disputed terms for the ‘699 patent***